

FILED

JUN  6 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

UNITED STATES OF AMERICA      )
                                     )
           v.                    ) DOCKET NO. 4:24-MJ-**34**
                                     ) (Misdemeanor)
TIMOTHY C. EVANS               ) VA 19
                                     )
                                     ) Court Date:  June 10, 2024
                                     ) Time:  8:30 a.m.

<u>CRIMINAL INFORMATION</u>

<u>COUNT ONE</u>
(Misdemeanor)  Ticket No. 09965869

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 27, 2024, at Fort Eustis, Virginia, on lands acquired for

the use of the United States, within the special maritime and territorial jurisdiction of this

court, in the Eastern District of Virginia, TIMOTHY C. EVANS, did knowingly and

intentionally excavate, remove, damage or otherwise alter or deface, or attempt to

excavate, remove, damage or otherwise alter or deface an archeological resource located

on public lands without a permit, the cost of restoration being less than $500. (In

violation of Title 16, United States Code, Section 470ee(d).

<u>COUNT TWO</u>
(Petty Offense)  Ticket No. 09965870

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 27, 2024, at Fort Eustis, Virginia, on lands acquired for

the use of the United States, within the special maritime and territorial jurisdiction of this

court, in the Eastern District of Virginia, TIMOTHY C. EVANS, did enter the confines

of Fort Eustis Army Post for a purpose prohibited by law.  (In violation of Title 18 United

States Code, Section 1382.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____

JUSTIN G. ADAMS
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-3442
Email:  Justin.g.adams9.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on Jun 4 , 2024, I served a true copy of the foregoing CRIMINAL

INFORMATION on the defendant Timothy C. Evans.

JUSTIN G. ADAMS
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-3442
Email:  Justin.g.adams9.mil@army.mil