IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
JUL 1 5 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NUMBER 4:24-MJ-34 |
| | ) |
| TIMOTHY C. EVANS | ) |

## ORDER

The United States of America, through its undersigned counsel, comes now and moves for the entry of an order to dismiss without prejudice the above referenced violation notices, set for trial on August 12, 2024.

WHEREFORE, IT IS ORDERED, that the above matter is dismissed without prejudice.

/s/
By: _____
Robert J. Krask
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

July 15, 2024
Norfolk, Virginia

I ASK FOR THIS:

United States Attorney

_____
JUSTIN G. ADAMS
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Email: Justin.g.adams9.mil@army.mil